# EXHIBIT 3

INST: 00013087 Bk: 8443 Pg: 40

## ASSIGNMENT OF MORTGAGE

MIN# 100230500000731710
Phone # 888-679-MERS
P.O. 2026
Flint, MI 48501-2026

Property Address: 3399 Post Road, Unit 8, in the Village Green at Apponaug Condominium, Warwick, RI 02886

Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Mortgage Master, Inc., a Delaware corporation, its successors and assigns, "Assignor", with a mailing address of P.O. Box 2026, Flint, MI 48501-2026 is holder of that certain mortgage

From: Kathleen M. Broderick

Dated: July 10, 2009 recorded in Book 7097 at Page 339 in the Records of Land Evidence in the City of Warwick, RI

and hereby assigns said mortgage to Carrington Mortgage Services, LLC whose address is c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806

without recourse.

IN WITNESS WHEREOF, Assignor has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by **Elizabeth A. Ostermann** this **Sept 4**, 2015.

Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Mortgage Master, Inc., its successors and assigns

By _____
Name Elizabeth A. Ostermann
~~Assistant Secretary~~

Title: Assistant Secretary

**See Attached**

State of ___ CALIFORNIA
County of ___ ~~ORANGE~~

On the ___ day of ___, 2015, before me, a Notary Public, personally appeared _____, to me known, who being duly sworn, did say that he or she is the Assistant Secretary of Mortgage Electronic Registration Systems, Inc., and that said instrument was signed on behalf of said corporation.

(Personalized Notary Seal)

Notary Public's Signature
_____, Notary Public
My commission expires: _____

After Recording Return to:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Suite 200-A
Anaheim, California 92806

---

CERTIFIED TRUE COPY
~~Of Original Filed In~~ This Office

Date: 9/15/2015  Time: 1:12P

Book: 8443  Page: 40

Document Type: Assignment of Mortgage
Attest:
*Judy Wild*
Warwick City Clerk
City of Warwick, RI

INST: 00013087 Bk: 8643 P...

# CALIFORNIA ALL – PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Orange

On ___09/04/2015___, before me, W. Solano, Notary Public, personally appeared, Elizabeth A. Ostermann, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __W. Sol_____ (Seal)



W. SOLANO
COMM. # 2071244
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES JULY 10, 2018

RECORDED
Sep 15, 2015 01:12P
Judy Wild, City Clerk
City of Warwick, RI

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

___AOM___
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual(s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other

**INSTRUCTIONS FOR COMPLETING THIS FORM**

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - Indicate title or type of attached document, number of pages and date.
  - Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document